# Third District Court of Appeal

## State of Florida

Opinion filed October 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-115
Lower Tribunal No. 22-39997 CC

_____

**Abel Sanchez,**
Appellant,

vs.

**230 4th Miami Owner, LLC, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Miesha Darrough, Judge.

Abel Sanchez, in proper person.

No appearance, for appellee.[1]

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

_____

[1] Appellee was precluded from filing an answer brief after failing to comply with this court's order.

Affirmed.  See Stanley v. Quest Int'l Inv., Inc., 50 So. 3d 672, 674 (Fla. 4th DCA 2010) ("The tenant is required to deposit the disputed rent into the court registry to assert any defense other than payment.  The plain language of the statute requires it."); First Hanover v. Vazquez, 848 So. 2d 1188, 1190 (Fla. 3d DCA 2003) ("[T]enants in actions for possession for non-payment of rent are obligated to pay rent as a condition to remaining in possession irrespective of their defenses and counterclaims.").